IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
SEP 2 3 2015
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| BLANCA RODRIGUEZ,<br>Plaintiff,<br><br>v.<br><br>FORT DUNCAN MEDICAL CENTER,<br>LP d/b/a FORT DUNCAN REGIONAL<br>MEDICAL CENTER and UNITED<br>STATES OF AMERICA,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br><br>Civil Action No.<br>DR-14-CV-069-AM/VRG |

### PARTIAL ORDER OF DISMISSAL WITH PREJUDICE

On September 22, 2015, the Plaintiff filed an unopposed motion to dismiss her claims asserted against Defendant Fort Duncan Medical Center d/b/a Fort Duncan Regional Medical Center that complies the requirements of Federal Rule of Civil Procedure 41(a)(2).

**IT IS HEREBY ORDERED** that the Plaintiff's motion to dismiss (ECF No. 24) is **GRANTED** and the claims asserted in this suit against Defendant Fort Duncan Medical Center d/b/a Fort Duncan Regional Medical Center are **DISMISSED WITH PREJUDICE** as requested in the motion. Each party shall bear its own costs and fees. A Clerk's judgment shall immediately issue.

SIGNED this 23rd day of September, 2015.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE