IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

FILED
MAY 16 2016
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| | |
|---|---|
| BLANCA RODRIGUEZ, § <br> Plaintiff, § <br> § <br> v. § <br> § Civil Action No. <br> FORT DUNCAN MEDICAL CENTER, § DR-14-CV-069-AM/VRG <br> LP d/b/a FORT DUNCAN REGIONAL § <br> MEDICAL CENTER and UNITED § <br> STATES OF AMERICA, § <br> Defendants. § | |

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

On May 16, 2016, the Plaintiff and sole remaining Defendant, the United States of America, filed a stipulation of dismissal that complies the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS HEREBY ORDERED** the claims asserted in this suit against Defendant the United States of America are **DISMISSED WITH PREJUDICE** as requested in the stipulation. Each party shall bear its own costs and fees. A Clerk's judgment shall immediately issue.

SIGNED this 16th day of May, 2016.

_____
ALIA MOSES
UNITED STATES DISTRICT JUDGE